LIZZIE C. NEAL v. OLD NORTH STATE LAND COMPANY.

*Dismissal of Appeal—Motion to Re-instate—Neglect of Counsel.*

Where an appeal has been dismissed for failure to print the record a motion to re-instate will not be allowed on the ground that such failure was caused by the neglect of counsel, for the neglect of counsel is the neglect of the party himself and does not excuse.

The appeal in this case having on motion been dismissed for failure to print the record, the appellant, after notice given, moved to re-instate the same.

*Mr. J. F. Morphew,* for appellant.
*Mr. P. J. Sinclair,* for appellee.

PER CURIAM: The additional explanatory affidavit of the Clerk does not alter the case. The motion to re-instate must be denied. The neglect of counsel to have the record printed is the neglect of the party himself and does not excuse. *Edwards* v. *Henderson,* 109 N. C., 83, and numerous cases there cited. In that case it is said: "Appellants might as well fail to send up the transcript as not to have it in a condition to be heard by failing to have the 'case and exceptions' printed."    Motion Denied.